IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:04CR3160** |
| vs. | | |
| RYAN MICHAEL SWIGGART, | | **ORDER** |
| Defendant. | | |

IT IS ORDERED:

1)      The defendant's motion for temporary release, (filing no. 93), is granted.

2)      The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to attend a screening interview, scheduled to begin at 1:00 p.m. on Thursday, May 14, 2015, at Williams Prepared Place in Omaha, Nebraska. The Defendant is not permitted to go anywhere other than directly from federal custody to Williams Prepared Place, and then returning directly to federal custody. Transportation will be provided by Defendant's counsel or his office.

3)      The defendant shall arrive at Williams Prepared Place by 1:00 p.m. on May 14, 2015. The Federal Public Defender  shall coordinate with the Marshal regarding whether the defendant will be picked up from, and returned to, the Lincoln holding area or the Saline County Jail for timely transport to and from Williams Prepared Place .

May 11, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge